UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                 20-cr-685 (PKC)

      -against-

                                                                <u>ORDER</u>

DERELL LOUISSAINT

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Defendants' arraignment on the Indictment in this matter, scheduled for Thursday, December 17, 2020, will proceed by teleconference. The call-in information for this teleconference is:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                         P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
       December 16, 2020