UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                  20-cr-685 (PKC)

          -against-

                                                                                                  <u>ORDER</u>

DERELL LOUISSAINT,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this matter is scheduled for March 2, 2021 at 12:00 p.m.

It will be held telephonically.  The call-in information for this teleconference is:

        <u>Dial-in</u>:      (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                                                   P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
        February 24, 2021