U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2021

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Derell Louissaint**, 20 Cr. 685 (PKC)

Dear Judge Castel:

    The defense has advised the Government that the defendant wishes to enter a plea to the Indictment, but that, due to travel, defense counsel is not available for a plea hearing until the week of June 21, 2021. Accordingly, the Government respectfully requests that an in-person plea hearing be scheduled that week at a time convenient to the Court.

    The Government further respectfully requests that the pretrial deadlines (including deadlines for the Government's submissions due on June 7, 2021) be adjourned <u>sine die</u> or until after the date scheduled for the plea hearing. The defense has no objection to the adjournment of pretrial deadlines.

                            Respectfully submitted,

                            AUDREY STRAUSS
                            United States Attorney for the
                            Southern District of New York

                by:  /s/ Jun Xiang
                      Jun Xiang
                      Assistant United States Attorney
                      (212) 637-2289

**CC (via ECF)**
All Counsel

The matter is set for a change of plea proceeding on June 23, 2021 at 11:00 a.m. The June 28 conference is VACATED and all pretrial deadlines are stayed pending the outcome of the change of plea proceeding. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to give defense counsel and defendant time to prepare for the change of plea proceeding and to accommodate defense counsel's schedule.
SO ORDERED.
Dated: 6/4/2021

                            P. Kevin Castel
                            United States District Judge