**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 6, 2021

Sentencing is adjourned from October 27, 2021 to November 17, 2021 at 2:30 p.m. in Courtroom 11D. SO ORDERED.
Dated: 10/8/2021

P. Kevin Castel
United States District Judge

By ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Derell Louissaint**
      **20 Cr 685 (PKC)**

Dear Judge Castel:

With the consent of the Government, I respectfully write to request an adjournment of approximately 30 days of Mr. Louissaint's sentencing hearing. I am currently in trial and will need additional time to effectively prepare Mr. Louissaint's sentencing hearing and sentencing submission, which will include a technical legal argument about the applicable sentencing guideline range. This additional time is also requested so that the defense has time to gather and review records and letters of support in aid of Mr. Louissaint's sentencing. This is the defense's first request for an adjournment and as noted above, the Government consents to this request.

The parties are available for a sentencing hearing the week of November 15, except November 16 and 18 and the week of November 29 or 30 (after 2:00 p.m.).

Thank you for your consideration of this request.

Respectfully submitted,

 /s/
Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753

cc:   Jun Xiang
      Assistant United States Attorney
      (by ECF)