**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

Application GRANTED.

November 10, 2021

SO ORDERED.
Dated: New York, New York
11/10/2021

*P. Kevin Castel*
*United States District Judge*

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Derell Louissaint**, 20 Cr. 685 (PKC)

Dear Judge Castel:

The Government respectfully requests a two-day extension of the Government's sentencing submission, until Friday, November 12, 2021. The defendant's sentencing is scheduled for November 17. The Government requests the extension because the undersigned was on unexpected leave last week.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/ Jun Xiang
Jun Xiang
Assistant United States Attorney
(212) 637-2289

**CC (via ECF)**
All Counsel