**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 14, 2022

By ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.

SO ORDERED.
Dated: New York, NY
1/17/2022

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

Re: <u>United States v. Derell Louissaint</u>
20 Cr 685 (PKC)

Dear Judge Castel:

 I am writing to request that the Court allow Mr. Louissaint to remove his location monitoring equipment and return it to the Pretrial Services Officer in advance of surrendering on January 18, 2022.

 Mr. Louissaint has been designated to FCI Talladega Satellite Camp located at 565 East Renfroe Road, Talladega, AL 35160. By the Court's Judgment on November 17, he is required to surrender to FCI Talladega by January 18, 2022, before 2:00 p.m. The Pretrial Services Agency has requested the return of Mr. Louissaint's location monitoring equipment. I request that Mr. Louissaint be permitted to remove his location monitor and return it to the Pretrial Services Agency prior to his surrender.

 Thank you for your consideration of this request.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753

cc: Jun Xiang
Assistant United States Attorney
(by ECF)